UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRETT EUGENE HENKE<br>141 Fox Road<br>Mars Hill, NC 28754,<br><br>on behalf of himself and all others similarly situated,<br><br>and<br><br>LAURA STEPHANIE POTTER<br>120 Laurel Way<br>Apt. 2A<br>Herndon, VA 20170,<br><br>on behalf of herself and all other similarly situated,<br><br>      PLAINTIFFS<br>   vs.<br><br>DEPARTMENT OF THE INTERIOR,<br><br><br>     DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:11-cv-2155 (JEB) |

## FIRST AMENDED COMPLAINT

## INTRODUCTION

1.     Through this action, Mr. Brett Henke and Ms. Laura Potter, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), seek to protect from unlawful interference certain fundamental rights guaranteed by the United States Constitution.  Plaintiffs are part of Occupy DC a/k/a/ Occupy K Street (hereinafter "Occupy DC"), an unincorporated nonprofit association composed of individuals who

1

have gathered to protest and seek redress of their grievances from the government.

Occupy DC protesters have, since October 1, 2011, occupied McPherson Square, which

borders K Street.  McPherson Square is a uniquely appropriate venue for their protest, as

it is a traditional public forum located near to the street well-known for its lobbyists.  As

the name Occupy DC makes clear, the occupation of McPherson Square is not just

integral to the protesters' expression of their grievances; it is their protest.  Plaintiffs

intend to continue their occupation of McPherson Square.  Through this action, Plaintiffs

seek a preliminary injunction followed by declaratory and permanent injunctive relief, in

order to prevent unconstitutional governmental interference with their constitutional

rights.

VENUE AND JURISDICTION

2.      This action seeks to vindicate rights protected by the United States

Constitution and is brought pursuant to the inherent authority of the federal judiciary to

restrain unlawful acts of the government.  The Court has jurisdiction over this action

under 28 U.S.C. §1346.

3.      Venue is proper in the District of Columbia because it is the forum in

which the injury is occurring and where the Plaintiff and Defendant can be found.

PARTIES

4.      Mr. Henke is a citizen of North Carolina and at all relevant times was, and

now is, a member of Occupy DC, maintaining a tent in McPherson Square.

5.      Ms. Potter is a citizen of Virginia and at all relevant times was, and now

is, a member of Occupy DC, maintaining a tent in McPherson Square.

6.      Defendant Department of the Interior is an agency of the United States.

Subagencies of the Department of the Interior include the National Park Service and the

United States Park Police.

2

## CLASS ALLEGATIONS

7.      The claims set forth hereinafter are brought by Mr. Henke and Ms. Potter on their own behalf and as a representatives of a Class of similarly situated persons pursuant to Rules 23(a), 23(b)(2) and 23(b)(3) of the Federal Rules of Civil Procedure on behalf of all members of Occupy DC having tents in McPherson Square which have been or will be taken and/or destroyed by the Defendant or those acting in concert with it.

8.      The members of the Class are so numerous that individual joinder of all members is impossible. On information and belief, the members of the Class exceed 100 in number.

9.      There are common questions of law and fact that predominate over any questions affecting only individual Class members. Among the common questions of law and fact are the following:

    a) Whether Defendant's policies, practices and conduct of taking and destroying or otherwise unreasonably disposing of unabandoned, nonvehicular personal property and temporary structures, without providing either adequate notice or the opportunity to retrieve the property before it is destroyed, and without a legitimate governmental interest violates the Class members' constitutional rights against unreasonable search and seizure;

    b) Whether Defendant's policies, practices and conduct of taking and destroying or otherwise unreasonably disposing of unabandoned, nonvehicular personal property and temporary structures, without providing either adequate notice or the opportunity to retrieve the property before it is destroyed or unreasonably disposed of, and

without a legitimate governmental interest violates the Class members'

due process rights under the United States Constitution;

c) Whether injunctive relief restraining the unconstitutional and illegal

acts by Defendant should be ordered by the Court, and if so, the nature

of that relief.

10.     Mr. Henke and Ms. Potter will fairly and adequately protect the interests

of the Class. They have retained counsel experienced and competent in civil rights

litigation. They have no interests that are adverse or antagonistic to interests of other

members of the Class.

11.     A class action is superior to any other method in order to secure a fair and

efficient adjudication of this controversy. As the primary relief sought is injunctive in

nature, the burden and expense make it impractical for class members to seek redress

individually for the wrongs done to them.  Individual litigation by each class member

would necessarily and substantially burden the operation of the judicial system.


FACTUAL ALLEGATIONS


12.     Members of Occupy DC have gathered to protest and to petition the

government in order to bring awareness to the concerns about United States economic

policy, wealth disparity and the political process, through the peaceful, symbolic, round-

the-clock occupation of McPherson Square in Washington, DC.  Occupy DC participants

came together on October 1, 2011, to begin physically occupying McPherson Square on

that day and have continuously and peacefully occupied McPherson Square since that

date.  The location, bordering K Street, is integral to the expression of the Occupy DC

message of the possibility that government will hear the voices of the people and will

move, with the people, towards a more democratic, just and economically egalitarian society.

13.     The Occupy Movement is a people-initiated movement that commenced with Occupy Wall Street in Zucotti Park, now called Liberty Square, in Manhattan's Financial District in New York City on September 17, 2011.  Occupy has spread to hundreds of cities, towns and states in the United States and to more than 1500 locations worldwide.  The movement seeks to expose how the wealthiest 1% of society are promulgating an unfair global economy that is harming people, and destroying communities worldwide.  The Occupy protesters have come out to protest and to petition the government for more economic equality through societal and governmental changes.

14.     A key purpose of the Occupy Movement is to raise awareness about issues with the United States political process and the country's extreme economic inequality by participating in symbolic, round-the-clock, peaceful protests, or "occupations."

15.     The protests in the states, cities and towns across the country use the "Occupy" identifier, first used by Occupy Wall Street, and the same slogan, "We are the 99%," referring to the extreme wealth disparity between the wealthiest 1% of Americans and the rest of the populace.

16.     Occupy participants utilize a "general assembly" form of direct democracy, which aims to equalize the power of individual voices.  The general assembly is not only functional, but is also symbolic of what form a more just and egalitarian society might take.  Collective decision-making is made in an open, participatory and non-binding manner.

17.     The Occupy protesters' 24 hour-a-day physical occupation of the portion of the city or town which they occupy is a core component of the message of the Occupy movement, and is expressed through the establishment of a tent city, which remains in

place around-the-clock. The tents are not only a means of protection from the elements, but are, more importantly, a key component of protesters' actual "occupation" of the city or town and, therefore, a key component of the Occupy protesters' political statement and petitioning conduct. It expresses the Occupy protesters' statement of the 99% taking back the city or town and of hope for a more just and equal society in a way that other forms of protest could not express.

18.     A group of participants, including Plaintiffs, set up tents in McPherson Square, and began making plans for occupying the site for an indefinite period of time.

19.     Carol Johnson, a spokeswoman for the National Park Service (hereinafter "NPS"), a subagency of Defendant Department of the Interior, stated to a reporter from the Huffington Post, in reference to the occupiers at McPherson Square, "[T]ents are allowed there. And a 24-hour vigil is allowed there."

20.     Occupy DC is now an established tent city located in McPherson Square. Like the tent cities in other locations across the country, literal occupation of McPherson Square 24 hours-a-day is a core component of the Occupy DC movement and a key message the Occupy DC protesters seek to communicate to the government and the world. The tent city is not merely a symbol, but functions as a model community demonstrating the protesters' vision of a more just and equal society. Physically occupying D.C. is the only effective manner in which Occupy DC members can express their message of taking back the city to create a more just, economically egalitarian society.

21.     The McPherson Square tent city expresses the Occupy DC protesters' statement of the 99% taking back the City of Washington, and of hope for a more just society and more egalitarian economic policies in a way that other forms of protest could not. It also clearly identifies Occupy DC as part of the larger Occupy movement in a

manner that other forms of protest could not accomplish.  Occupy DC, along with the entire Occupy movement, seeks to begin an ongoing discussion about reforming Wall Street and removing special interests from government. Marching, making speeches, holding up signs, or other forms of protests cannot communicate the message of taking back the City of Washington, and demonstrating the possibility of a more just and equal society, in the manner that Occupy DC's tent city and around-the-clock protest communicates that message.

22.     The tent city also symbolizes a permanent occupation and this is central to the Occupy DC message that challenges corporations' permanent occupation of the government.

23.     The McPherson Square location is also fundamental to the Occupy DC message.  Locating the Occupy DC tent city directly on K Street communicates a message to about the disproportionate influence of corporate lobbyists, and that message could not be communicated as effectively in another location.

24.     There is no alternative location in Washington at which Occupy DC members can effectively communicate their message or petition the government.

25.     Like all of the Occupy locations, Occupy DC utilizes the slogan "We are the 99%," as part of its political message and petitioning activity to highlight the difference in the United States between the wealthiest 1% and the rest of the population.

26.     Occupy DC utilizes direct democracy with the aim of equalizing the power of individual voices.  This direct democracy is not only functional, but is itself symbolic of the more just and egalitarian society that the protesters' envision.  Occupy DC utilizes a "general assembly" to facilitate collective decision making in an open, participatory and non-binding manner.  General assembly is an open forum held on most

days and Occupy DC welcomes anyone to participate in general assembly, both occupiers

and passersby.

27.     Since October 1, 2011, the Occupy DC tent city has continuously

occupied McPherson Square, with numbers fluctuating throughout the day as many of the

regular participants work and/or attends school.

28.     The Occupy DC protesters have continued to be vigilant about health and

safety issues and have continued to protest peacefully through the tent city.

29.     Plaintiffs reasonably fear an imminent eviction unless this Court acts to

restrain the Defendant.  Police around the country have recently been evicting Occupy

protesters, often with the behind-the-scenes assistance of federal law enforcement

agencies.  Additionally, in an incident on December 4, 2011, the United States Park

Police ("hereinafter USPP"), a subagency of Defendant Department of the Interior which

has jurisdiction to enforce federal law in McPherson Square, closed off an area of

McPherson Square which contained numerous tents, including one belonging to Mr.

Henke and one belonging to Ms. Potter.  A member of Occupy DC, Amber Jamil, spoke

with Sergeant David C. Tolson, Jr. (#796) of the USPP, who told her that the portions of

McPherson Square which had been sectioned off with yellow police tape were to be

cleared and all tents and property removed.  The threatened eviction did not occur after

the USPP was informed that a temporary restraining order was being sought.

30.     Plaintiffs reasonably fear that an eviction of the Occupy DC movement at

McPherson Square will involve the unlawful seizure and destruction of their tents.  Such

a fear is reasonable based on the fact that government officials in numerous cities have

seized and destroyed tents and other property belonging to Occupy protesters, despite

public assurances that property would be safely stored.  For example, after the eviction of

Occupy Wall Street, thousands of book, several laptops, and other property went missing

8

or were destroyed while the mayor tweeted, "Property from #Zuccotti, incl #OWS library, safely stored @ 57th St Sanit Garage; can be picked up Weds."  Police in cities around the country have also routinely and illegally seized and destroyed tents and other property belonging to homeless individuals without prior notice or a meaningful opportunity to recover the property.  Further, USPP has previously illegally seized and destroyed temporary structures belonging to Occupy DC protesters and others without prior notice or a meaningful opportunity to recover the property.  For example, at McPherson Square an "Art tent" and its contents, including art supplies and a table, have been seized by or at the request of USPP and destroyed without prior notice or an opportunity to recover the property.

31.    On information and belief, the government does not currently possess a warrant that would authorize it to seize the tent of Plaintiffs.  Nevertheless, absent judicial intervention, Defendant is likely to seize the tents of Plaintiffs without a warrant pursuant to an unconstitutional policy which it maintains which vests unfettered discretion in individual law enforcement officials to determine when to seize temporary structures and other nonvehicular personal property.  Defendant maintains no reasonable, standard police procedures for determining when to seize temporary structures and other nonvehicular personal property.

32.    Defendant maintains an unconstitutional policy which vests unfettered discretion in individual law enforcement officials to determine how to dispose of unabandoned, nonvehicular personal property.  The destruction or other unreasonable disposition of the tents belonging to Plaintiffs pursuant to this unconstitutional policy would cause them significant hardship, particularly during the winter months.

33.    Defendant maintains an unconstitutional policy of allowing law enforcement officials in their discretion to seize unabandoned, nonvehicular personal

property without making any attempt to contact the owner prior to seizure and/or final disposition of the property.

34.       Defendant maintains an unconstitutional policy of allowing law enforcement officials in their discretion to destroy or otherwise finally dispose of unabandoned, nonvehicular personal property without entitling the owner to any meaningful pre- or post-deprivation hearings to allow recovery of the property.

35.       The existence of Defendant's unconstitutional policies is apparent from numerous incidents in which United States Park Police have taken property from individuals with no or minimal notice and placed the property into a trash truck and immediately compacted it.  For example, in one such incident a few months ago, at 18th & H St, NW, several homeless individuals were asked by United States Park Police to move their property, but did not afford the individuals adequate time to move their property.  The United States Park Police and United States Park Service placed the individuals' belongings into a trash truck and immediately compacted it.  Such incidents occur on a regular basis.

## COUNT I: FOURTH AMENDMENT

36.       Plaintiffs repeat and reallege the allegations of each of the preceding paragraphs as if set forth fully herein.

37.       Unless restrained by this Court, Defendant will violate the Fourth Amendment rights of Plaintiffs to be free from unreasonable seizure by confiscating and then destroying their tents without a warrant.

## COUNT II: FIFTH AMENDMENT

38.       Plaintiffs repeat and reallege the allegations of each of the preceding paragraphs as if set forth fully herein.

39.     Unless restrained by this Court, Defendant will violate the Fifth Amendment rights of Plaintiffs to due process by confiscating and then destroying their tents without adequate notice or a meaningful opportunity to be heard.

<u>PRAYER FOR RELIEF</u>

1.     Declare that Defendant's policies, practices and conduct as alleged herein violate the rights of Plaintiffs under the United States Constitution;

2.     Preliminarily and permanently enjoin Defendant and its employees, agents, assigns, and others acting in concert with it, from engaging in the policies, practices and conduct described herein;

3.     Certify the injunctive relief class pursuant to Fed. R. Civ. Pro. Rule 23;

4.     For costs of suit and attorney's fees as provided by law;

5.     For such other relief as the Court deems just and proper.


  /s/ Jeffrey Light

Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington , DC 20006
(202)277-6213

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that this 4th day of January, 2012, I have served a copy of the foregoing First Amended Complaint on counsel for Defendant via email due to an outage in the CM/ECF system.

          /s/ Jeffrey Light

          Jeffrey L. Light
          D.C. Bar #485360
          1712 Eye St., NW
          Suite 915
          Washington, DC 20006
          (202)277-6213

          *Counsel for Plaintiff*