UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRETT EUGENE HENKE, *ET AL.*,  )<br>)<br>PLAINTIFFS  )<br>vs.  )<br>)<br>DEPARTMENT OF THE INTERIOR,  )<br>)<br>)<br>DEFENDANT  )<br>)<br>) | Civil Action No. 1:11-cv-2155 (JEB) |

## AFFIDAVIT OF SERVICE

I, Jeffrey Light, state as follows:

1. I am at least 18 years old and not a party to this lawsuit.

2. On January 10, 2012, I hand-delivered a copy of the summons, Complaint, and First Amended Complaint in the above-captioned action to the United States Attorney's Office for the District of Columbia, Civil Division, and personally served these documents on Ms. McCain, who represented herself to be authorized to receive service of process on behalf of the United States Attorney for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2012.

        Respectfully Submitted,

        /s/ Jeffrey Light

        Jeffrey L. Light  
        D.C. Bar #485360  
        1712 Eye St., NW  
        Suite 915  
        Washington, DC 20006  
        (202)277-6213  
        Jeffrey.Light@yahoo.com

        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of January, 2012, a copy of the foregoing **AFFIDAVIT OF SERVICE** was served via ECF on all counsel of record.

      /s/ Jeffrey Light

      Jeffrey L. Light
      D.C. Bar #485360
      1712 Eye St., NW
      Suite 915
      Washington , DC 20006
      (202)277-6213
      Jeffrey.Light@yahoo.com

*Counsel for Plaintiffs*