```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

DAVID BLOEM,                          )
                                      )
        Plaintiff,                    )
                                      )
        v.                            ) Civil No. 11-2155 (JEB)
                                      )
UNKNOWN DEPARTMENT OF THE INTERIOR    )
EMPLOYEES,                            )
                                      )
        Defendants.                   )
                                      )
```

### JOINT MOTION TO STAY PROCEEDINGS AND VACATE MARCH 5, 2013 SCHEDULING CONFERENCE

By Order dated February 4, 2013, this Court denied defendants' motion to dismiss, ordered defendants to file an Answer to Plaintiff's Third Amended Complaint on or before February 14, 2013, and scheduled an Initial Scheduling Conference for March 5, 2013 at 10:00 a.m.

Counsel for plaintiff and counsel for the Department of the Interior, which is no longer a party to this case but which has an interest in claims brought against its employees, have conferred about the possibility of engaging in settlement discussions.  Because counsel for plaintiff and the Department are interested in pursuing these discussions prior to plaintiff's embarking on any discovery in this case, the parties request that this Court stay proceedings in this case until March 29, 2013, including staying the requirement of filing an Answer and continuing the March 5, 2013 Initial Scheduling Conference,

in order to allow counsel to engage in settlement negotiations which, if successful, would conserve judicial resources and bring an end to this litigation.

Accordingly, for the reasons set forth above, counsel for plaintiff and counsel for the Department of the Interior respectfully request that this joint motion be granted.

>Respectfully submitted,
>
>RONALD C. MACHEN JR.
>D.C. BAR # 447889
>United States Attorney
>for the District of Columbia
>
>DANIEL F. VAN HORN,
>D.C. BAR # 924092
>Chief, Civil Division
>
>By:   _/s/ Marina Utgoff Braswell_
>MARINA UTGOFF BRASWELL, D.C. BAR #416587
>Assistant United States Attorney
>U.S. Attorney's Office
>555 4th Street, N.W. - Civil Division
>Washington, D.C. 20530
>(202) 514-7226
>Marina.Braswell@usdoj.gov
>
>
>Counsel for Defendants in their Official Capacities
>
>
>/s/ Jeffrey Light
>Jeffrey L. Light
>D.C. Bar #485360
>712 Eye St., N.W.
>Suite 915
>Washington, D.C. 20006
>(202) 277-6213
>Jeffrey.Light@yahoo.com
>
>
>Counsel for Plaintiff

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| DAVID BLOEM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 11-2155 (JEB) |
| | ) |
| U.S. DEPARTMENT OF THE INTERIOR EMPLOYEES, | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

<u>ORDER</u>

Upon consideration of the joint motion to stay and continue the Initial Scheduling Conference set for March 5, 2013, and the record in this case, it is this _____ day of _____ 2013,

ORDERED that the joint motion is granted; and it is further

ORDERED that the March 5, 2013 Initial Scheduling Conference is continued until further order of the Court; and it is further

ORDERED that proceedings in this case are stayed until March 29, 2013, including the filing of an Answer, so the parties may engage in settlement negotiations.

```
                                    _____
                                    UNITED STATES DISTRICT JUDGE
```