UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BLOEM<br>8181 Carnegie Hall Court<br>Apt. 201<br>Vienna, VA 22180,<br><br>   PLAINTIFF<br> vs.<br><br>THE FOLLOWING DEPARTMENT OF THE INTERIOR EMPLOYEES, AND ELECTED MEMBERS OF CONGRESS, *in their individual capacities*,<br><br>   DEFENDANTS<br><br>Mathew Newman, NPS maintenance supervisor,<br><br>Robert Vogel, NPS National Mall Superintendent,<br><br>Todd Reid, USPP Sergeant,<br><br>David Schlosser, USPP Sergeant, Spokesman,<br><br>Philip J. Beck, USPP Captain,<br><br>Arthur N. Jacobsen, USPP Captain,<br><br>Jonathan B. Jarvis, Director of the NPS<br><br>Darrell Issa , US Congressman,<br><br>Scott DesJarlais, US Congressman,<br><br>Trey Gowdy, US Congressman,<br><br>Joe Walsh, (ex-US congressman). | Case No. 1:11-cv-2155 (JEB)<br><br>**JURY TRIAL DEMANDED** |

# FOURTH AMENDED COMPLAINT

## INTRODUCTION

1. Through this action, Mr. David Bloem seeks damages for unlawful interference with his constitutional rights by the aforementioned Defendants from the Department of the Interior. In conjunction with members of Congress, also listed as Defendants.
2. At all times relevant to this Complaint, Mr. Bloem was a supporter of Occupy DC a/k/a/ Occupy K Street (hereinafter "Occupy DC"), an unincorporated nonprofit association composed of individuals who had gathered to protest and seek redress of their grievances from the government. Occupy DC protesters had, in 2011 and 2012, occupied McPherson Square, which borders K Street. McPherson Square is and was a uniquely appropriate venue for the protest, as it is a traditional public forum located near the street well-known for its lobbyists. Mr. Bloem seeks declaratory and monetary relief in order to compensate him for damages that have resulted from unconstitutional governmental interference with his constitutional rights.

## VENUE AND JURISDICTION

3. Mr. Bloem bring this action pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).

4. The Court has jurisdiction over this action under 28 U.S.C. § 1331.

5. Venue is proper in this district pursuant to 28 USC § 1391(b)(2) because the events or omissions giving rise to this action occurred in the District of Columbia.

## PARTIES

6. Mr. David Bloem is a citizen of Virginia and at all relevant times was a supporter of Occupy DC.
7. Defendants are and were employees of the Department of the Interior, an agency of the United States and the United States House of Representatives.
8. Subagencies of the Department of the Interior include the National Park Service (hereinafter, "NPS") and the United States Park Police (hereinafter, "USPP").

9. At all times relevant to this Complaint, Defendants were acting under color of federal law within the scope of their employment at the Department of the Interior and the United States House of Representatives. Defendants are sued in their individual capacities.

## Case Background

This case is dense. It has many layers. Like an onion. And like an onion, as it is peeled back, barring the absence of certain chemical/emotional receptors, it will make you cry.

My family was not present at the OccupyDC action that initiated this particular lawsuit. And most of what it references in previous versions do not accurately represent our experience or purpose at OccupyDC.

We, along with everyone else, had seen the Occupy movement begin, then spread to multiple cities and countries worldwide. Then the brutal evictions and corporate sponsored police reactions.

However, Washington DC, as noted by the director of the National Park Service stated during congressional questioning, has a lot more experience dealing with protestors and would continue it's reasoned and measured approach towards First Amendment protected speech and the right to peacefully assemble.

These were the only Occupy encampments located on Federal property and therefore under the direct jurisdiction of the Federal government. As a political focal point, more is expected in the restrained ability of US Park Police and as a result, this appearance of cooperation was interpreted and implied to be a capitulation by certain members if Congress.

As a result, a US House of Representative Government Oversight Committee, hearing was fast-tracked and held to ideologically accuse, then essentially order the National Park Service to remove the protestors from Federal property.  Displaying a startling lack of understanding the First Amendment and how it does not grant Free Speech, that is a common right of all humanity, rather it specifically prohibits Congress, the group of elected officials holding that hearing, from abridging the right in by creating a law.

And that, is exactly what the law says they did when they ordered a raid, that failed to protect legitimate protestors and not just the specific targets if their contempt.
A raid which resulted in multiple civil rights violations by government agents acting under the color of law. Which invokes a clause found in the last paragraph of
U.S. Code
Title 42
Section 1983  - Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. <u>For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.</u>

All those planets, legally line up, so whether they intended to or not, that act of Congress, was undeniably exclusive to the District of Columbia and DID result in multiple violations of USC 1983, making the outcome of that meeting a statute.
The First Amendment specifically names Congress alone as the only party prohibited from creating such a law. Which is presumably why the clause is there in the first place, to prevent some isolated group of renegade congressmen from pushing around the last group of US citizens to not having actual rights or representation despite living in the Nation's Capitol.

My partner, Dr Karen Yao (her PhD in Virology, makes accusations of biohazard by NPS, particularly absurd), and I felt that Congress's behavior had crossed a line and we were provoked to show our support for the Freedom of speech as well as the right to peacefully assemble.
And while not being in complete agreement with a protest movement lacking in cohesion and message, we still found a way to show our support while also making our own statement.
We placed our one year old son's child size circus tent on the north east corner of McPherson Square on the same day of, and in direct response to the Congressional House Oversight meeting and the resulting demands of the OccupyDC protestors immediate removal.

My family became a part of this lawsuit, and ultimately it's only remaining plaintiff because it was already filed and was modified to include me after the raid on February 4th, 2012.
I became the only remaining plaintiff after unknowingly being the only one to meet pretrial conditions of confirming absence of our property at both, the NPS boneyard and the USPP substation.
My persistence in remaining is due to the outrageous discovery, or rather the unexpected absence of the application of protections afforded in the Bill of Rights to be from, not just by, the Federal Government.

I, like most Americans, took such a notion for granted.
Because we are all taught that the Bill of Rights was created to protect citizens from an overreaching central government, not out of fear of their own local authorities. But it would seem to appear that modern Supreme Court interpretation of USC 1983 flips this around. By citing the absence of mentioning federal officials in the statute, it somehow presumes an exemption.

Until a drug dealer named Bivens had the tenacity to argue it all the way to SCOTUS in the early 1970s and since then, the Highest court in the US has been compelled to eek out two other allowances for holding the Federal Government to the standard everyone, without a law degree, expects.

However, as I have had to further learn, not only is Bivens a long shot, but it has all kinds of loops and legal deterrents built in. For instance, no recovery of attorney's fees. Despite my unanswered question about the so called Equal Access to Justice Act (EAJA) and a specific subsection (b) that reads
"A court may award attorney's fees as a sanction for a willful violation of it's orders."

And there is the legal fiction, by which the Federal Government gets to separate itself from the individual defendants for the appearance of not seeming complicit in their actions, while at the same time, paying for their defense and any financial penalties awarded.

Part of my lesson learned from acting Pro Se, is the concept of legal obfuscation. In apparently having no right to counsel or even answers to simple questions regarding process, I believe I have come to understand at least one, legal oxymoron.
It was during my attempt to locate a court order, referred to in the last paragraph of his last Memorandum Opinion, dated February 4th, 2013.

"Regardless of what Defendants believed, this Court's prior opinion was not ambiguous: Plaintiffs' preliminary-injunction request was denied on the assumption that Defendants would not engage in the kind of conduct Plaintiff alleges here – the summary destruction of his belongings without due process. Because of the clarity of both this Court's order and the long line of cases regarding the Government's due-process obligations prior to final deprivation of a property interest, Defendants are not entitled to qualified immunity on Plaintiff's Fifth Amendment claim."

And something a layperson would expect to be able to locate and presume it would be titled as such. But I have come to realize that a Memorandum Opinion may actually also be, a court order.
Or, more specifically, for Federal agencies, a Federal Court order may be considered, just an opinion.

"Although the D.C. Circuit has not spoken to this question, several other circuits have held that government
agents are not entitled to qualified immunity where they violate a court order. Indeed, "[a]lthough no statute or constitutional provision explicitly requires that [government agents] comply with a court order . . . it is incomprehensible that [an agent] faced with such an order would not know that he should comply timely and that a failure to do so would undermine the authority of the court."
page 20 of Memorandum Opinion 02/04/2013

I also lacked access to transcripts, referring to "the Government", in another previous Memorandum Opinion, dated February 2nd, 2012.
First on page 9,

The Government represented to this Court during the hearing on this Motion that NPS and the USPP intend to abide by these regulations. See Hearing Tr. at 9:23-25.

And second on page 11,

The Government has, however, disavowed any present intent to seize items from Occupy DC demonstrators who are complying with the law. See Hearing Tr. at 17:4-10 and 17:23-18:2.

So I was therefore unable to determine whether or not this court's order/opinion had been disseminated to the Department of Interior, and the related agencies involved, specifically the National Park Service (NPS) and the United States Park Police (USPP).

I believe, it is a combination of the SCOTUS expressed hostility towards a Bivens allowance on the First Amendment, the absence of recoverable attorney's fees and the minimal value placed on non-corporate free speech, is why I have received hardly even replies, much less any assistance to the dozens of free speech groups and advocates I have written or otherwise reached out to
And I'm still really not even sure how this court can decide, without seeing any evidence, that I do not deserve counsel when I should have been arrested by all the standards the USPP was pretending to enforce that day, but by avoiding doing so, they managed to put all the burden of defending my trail by garbageman on me. Despite the obviousness that we won't be here in the first place if any of the following had been honored:
The Federal Employee service oath, The Bill of Rights, this court's order/opinion and finally just good old fashioned common sense.

## FACTUAL ALLEGATIONS

On February 4, 2012, and continuing into the morning of February 5, 2012, under the pretext of enforcement of the camping regulation, hundreds, if not thousands, of items of personal property in McPherson Square which were part of the Occupy DC vigil were seized and/or destroyed by or at the direction of the defendants. The vast majority of these items did not constitute a public nuisance, were not abandoned, and were not evidence of a crime.

Defendant, Mathew Newman seized and destroyed or caused to be seized and destroyed the following items belonging to Plaintiff David Bloem: a green indoor/outdoor carpet which was approximately 10' x 20', a blue tarp which was about 30' x 20' and which was folded and underneath the green carpet, a baby stroller, a tent case, a 6" high white plastic fence, six garden stones which were approximately 1' square and which had "Occupy DC" and children's footprints stenciled on them. These items were placed into a trash compactor truck and immediately destroyed. Prior to being destroyed, these items were adjacent to a small circus-themed tent which contained two garden stones, a child's toy that plays music, and a seat cushion, all of which belong to Mr. Bloem. All of the items were clean, there was no pooled water, and no bedding or camping material.

Furthermore, the Gov't has, so far, said they have no record at all of;
Us being at the park
Seizing/destroying our property
Us trying to retrieve our stuff at the Park Police substation, twice.
And they claim no police documentation or imagery of us or our site. So either they were told to not document us, or they are lying.

The defense would have no images or video of my family taking part in any marches, actions or other Occupy related activities besides attending the nightly meetings.
In contrast, here is my iPhone video of the incident. http://youtu.be/J4N9ej5Nh-Q
And here is Karen's iPhone video  http://youtu.be/-HzBjEsAW3w
In both videos, you'll observe Mathew Newman, a NPS maintenance supervisor,
not a law enforcement officer, come across our site during the compliance check.
And in what appears to be an affirmative response to what appears to be a question by a suited worker, he begins removing our property.

I inform him that none of our items constitute a camping/sleeping site and is within compliance.
I announce that it is a First Amendment protected statement.
He ignores me and continues removing our items.
I ask for a supervisor and am still ignored, he fails to mitigate the situation by taking the opportunity to seek clarity on his seizure and continues.
When the seizure of the child size tent appears imminent, I start to appeal for at least the small flag with our child's name on top, Mathew Newman ignores me again.
And then, USPP officer Timothy Cosgro, kind of, intervenes by removing the flag from the top of tent and hands it to me, for which, I thanked him.
Then, for reasons unknown, the cleaning crew suddenly stops the seizure after taking half the tent stakes and one side of the small fencing, leaving the tent, disheveled but intact.
So to reiterate, they only took the items we brought with us that day and left the one item we had been leaving onsite continually for the week prior. Based on having left the tent, so far the Gov't implied this meant our speech was not denied, and while technically true, by just taking the stuff that was most obviously clean and new, they sent a less than subtle message that abridged our speech.

The two videos from Karen and myself, photos and witness testimony from [Jo Freeman](#) (visible in the videos) and [Quinn Norton](#), a journalist on [assignment](#) for Wired Magazine (standing behind Karen and I) would clearly prove the seizure and onsite destruction of our property.

If Mathew Newman did not have orders to do that, then somehow he was either granted powers outside the scope of his employment or he negligently assumed them.
He is guilty of constitutional deprivation by direct participation.

Then, based on,
(Gallegos v. Haggerty, Northern District of New York, 689 F.Supp. 93)
Federal employees may become personally liable for constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violations.

NPS National Mall Superintendent Robert Vogel
Seen in photo evidence with Mathew Newman just prior to (1:42 PM)
seizing and destroying our property at 2:27 PM
Guilty of gross negligence in managing subordinates who cause violations.

USPP Sergeant Todd Reid
Remaining CO onsite at time of incident. He was busy clubbing protestors instead of being available to supervise at the location of ongoing "inspections" and/or seizures.
Guilty of gross negligence in managing subordinates who cause violations.

USPP Sergeant David Schlosser
US Park Police spokesperson
"They can have the tents for symbolic purposes only. So long as there is compliance, we will have no issues," said Sgt. David Schlosser, a Park Police spokesman. "Their First Amendment rights are paramount." from this Washington Post article.
http://www.washingtonpost.com/local/occupy-dc-camp-raided-by-police/2012/02/04/gIQAwDoCpQ_story.html?hpid=z5

Case 1:11-cv-02155-JEB Document 49 Filed 08/05/13 Page 8 of 10

It was based on his announcement that McPherson Park would remain open for First Amendment activities, that we left home to observe and continue to show our support. Had he said the park was closed, we would not have been there to have our property seized and destroyed.
He either made a false statement or was lying to entrap supporters of Occupy not already onsite.
If I could use criminal charges of fraud and false statement, that is what he committed.

USPP Captain Philip J. Beck

CO at beginning of inspection
Appeared to have left McPherson by the time of our incident. Leaving Sgt. Todd Reid in charge.
Guilty of failure to remedy wrongs after learning about them, gross negligence in managing subordinates who cause violations.

Here is a video http://youtu.be/Y7RofOUXUXA (4:21) posted on February 4th, 2012 by YouTube
user cornellwilliam

In which Captain Beck is told about the seizure of several tent sites fully within compliance of the distributed regulations and then makes no effort to correct the situation before it reached us.

In the video, in addition and also present is
USPP Captain Arthur N. Jacobsen.
Captain Jacobsen makes a statement that each site was being inspected by 3 different USPP sergeants and that all 3 had to agree to the site's non compliance before it would be confiscated.
We never observed this 3 sergeant inspection nor any inspection/test of any kind. I only observed the presence of Sgt. Todd Reid while he was in pursuit of a protestor.

Further in the video Captain Beck informs the complaining Occupy protestors that they would be able to retrieve their possessions from the USPP substation the following Monday.

Our previous attorney, Jeff Light is present and visible during this entire dialogue.

And although we witnessed our property being placed into a compactor truck and clearly destroyed onsite. We went thru the motions of going to the substation in our first futile effort, February 9th, 2012.
And despite the copying of our IDs during, the Park Police deny we ever visited them.
They even tried to lie about our court mandated pretrial condition to visit, even when presented with a photo of myself with the cop, lying about us not visiting.

Just to further clarify who was in charge and *not* supervising, here is another video where Captain Beck states the procedure Park Police will be using for their compliance check. http://youtu.be/Ju8My1GpeD8 (0:43) posted on February 5th, 2012 by YouTube user willooccuppydc


Here is a video, http://youtu.be/GpxW6YlkNu0 (12:01) posted on February 5th, 2012 by YouTube
user indymediacoop, video credited to Nate Turner,
of Captain Jacobsen, and some other high ranking official, the next day, February 5th, at Freedom Plaza, the site of the other Occupy demonstration in DC.

In it, he is speaking to the Occupiers outlining an inspection/confiscation procedure that is markedly different than the one they had instituted the day before. Including a remark that a "medical person from environmental control" will be there to determine if anything constitutes a biohazard. Also, in an interesting twist from the day before, at Freedom Plaza, the biohazard suited guys, had their names/numbers written on the front and back vs. not at all at McPherson Square.

This secondary procedure seems to favor the second site and would have prevented the very kind of negligence that we fell victim to.
Here is a Washington Post article, mentioning the different procedure.
http://www.washingtonpost.com/local/at-freedom-plazas-occupy-cleanup-authorities-report-a-different-dynamic/2012/02/05/gIQAJ6KdsQ_story.html
As I recall, this would be considered an unequal application of the protection of law.
Since I found this video and discovered the policy change for the second site, I could/should further amend my lawsuit to include violating my 14th Amendment rights as well.

Jonathan B. Jarvis
Director of the National Park Service
In his testimony before the House Oversight Committee (http://youtu.be/EVcTcWJCOyE), he said that First Amendment demonstrations were handled on a case by case basis by US Park Police. And in response to the committee's demands, stated that they would be enforcing anti-camping regulations.
But then the policy appeared to change for *that* day, at *that* location.
Guilty of creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violations.

And then there is that confusion those four members of Congress had over not being able to create a law that abridged the freedom of speech.
So in much the same way that the United States has not declared war since World War II, it went around legality. Holding an unprecedented hearing over a protest. And while doing so, acted like they didn't understand, or suspected motives, while pretending to not understand the meaning of words, just to suggest/demand the Park Service get rid of the problem.

However, at the very end of Section 1983 it states
**For the purposes of this section**, *any* Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.


Now, one might assume that "Act of Congress" means to make a law, however, this is a misnomer based on the improper capitalization of the word act which is meant as a common, not a proper noun.
Which makes an Oversight Committee meeting titled, "McPherson Square: Who Made The Decision To Allow Indefinite Camping In The Park?", clearly an Act of Congress applicable *exclusively* to the District of Columbia and therefore shall be considered to be a statute of the District of Columbia.

So I charge US Congressmen Darrell Issa, Scott DesJarlais, Trey Gowdy and (ex-congressman) Joe Walsh with obviously subverting the First Amendment and tasking the Executive branch with denying ours.

## COUNT I: FIRST AMENDMENT

Plaintiffs repeat and reallege the allegations of each of the preceding paragraphs as if set forth fully herein. Defendant's seizure and destruction of Plaintiff's items, which were being used as part of his participation in Occupy DC, violated his rights under the First Amendment.

## COUNT II: FOURTH AMENDMENT

Plaintiffs repeat and reallege the allegations of each of the preceding paragraphs as if set forth fully herein. Defendants have violated Plaintiffs' right to be free from unreasonable seizure of his property. The initial seizure of his property was unreasonable, but even if it had been reasonable, the immediate destruction of the property rendered the seizure unreasonable.

## COUNT III: FIFTH AMENDMENT

Plaintiffs repeat and reallege the allegations of each of the preceding paragraphs as if set forth fully herein. Defendants have violated Plaintiffs' right to due process by confiscating and destroying his property without adequate notice or a meaningful opportunity to be heard.

## COUNT IV: FOURTEENTH AMENDMENT

Plaintiffs repeat and reallege the allegations of each of the preceding paragraphs as if set forth fully herein. Defendants have violated Plaintiffs' right to equal protection.

## PRAYER FOR RELIEF

Award damages against Defendants for violations of his Constitutional rights;
Order Defendants to pay costs of suit and attorney's fees as provided by law;
Order such other relief as the Court deems just and proper.

"Decency, security and liberty alike demand that government officials shall be subjected to the rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Our government is the potent, omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the government becomes a lawbreaker, it breeds contempt for the law, it invites every man to come a law unto himself. It invites anarchy. (*United States v. Olmstead*, 277 U.S. 438 (1928).

David Bloem
Pro Se
8181 Carnegie Hall Court
Apt 201
Vienna. VA 22180
dbloem@me.com
202.255.6679